UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

Case No. 11-cr-82-01-SM

Timothy Pieper,
    Defendant

O R D E R

Defendant Pieper's motion to continue the final pretrial conference and trial is granted (document no. 8). Trial has been rescheduled for the October 2011 trial period. Defendant Pieper shall file a waiver of speedy trial rights not later than July 28, 2011. On filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 7, 2011 at 10:00 a.m.

Jury selection will take place on October 18, 2011 at 9:30 a.m.

SO ORDERED.

                                          Steven J. McAuliffe
                                            Chief Judge

July 19, 2011

cc:   Jeffrey S. Levin,
      Debra Walsh, AUSA
      U.S. Marshal
      U.S. Probation